UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BERNARD CRAWFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-108 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## CONSENT ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request, with Plaintiff's consent, to remand this action for further action by an administrative law judge (ALJ), this case is hereby remanded. On remand, an ALJ will determine whether the evidence submitted and obtained in connection with Plaintiff's February of 2011 Title XVI application is new and material evidence that provides good cause for reopening the denial of Plaintiff's July of 2009 Title XVI application; determine whether the denials of Plaintiff's April of 2006 and July of 2009 Title XVI applications should be reopened based on the criteria in SSR 91-5p; and issue a de novo decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk

of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 27Th day of August, 2015.

_____
United States Magistrate Judge