AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Bernard Crawford

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-108

Carolyn W. Colvin
Commissioner, Social Security Administration

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 28, 2015, Judgment is entered remanding this case to the Commissioner for further proceedings.



August 28, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03