UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| BERNARD CRAWFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV415-108 |
| NANCY A. BERRYHILL, Acting Commission of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

In that "[t]he Commissioner does not oppose an order granting plaintiff an award of one-thousand, twenty one dollars and fifty-four cents ($1,021.54)," doc. 15 at 1, plaintiff Bernard Crawford's unopposed motion for an attorney fee award of that amount is **GRANTED**. Doc. 14. The Commissioner shall pay such fees directly to plaintiff's counsel, subject to any offset for a federal debt owed by plaintiff.

**SO ORDERED,** 24th day of May, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA