# United States District Court
## *Southern District of Georgia*

Bernard Crawford

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:15-cv-108-LGW/GRS

Carolyn W. Colvin
Commissioner, Social Security Administration

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated 5/24/17, judgment is hereby entered in favor of plaintiff's counsel for attorney fees in the amount of $1,021.54, subject to any offset for a federal debt owed by plaintiff.

Approved by: _____

Date: June 24, 2017

Scott L. Poff
Clerk

(By) Deputy Clerk